PS 42
(Rev 07/93)

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

United States of America )
)
vs )           3:12-00137
)
Tasha Andrea Smith )
)           Case No.   0650 3:12-01041M-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tasha Andrea Smith_____ , have discussed with   Lisa Capps   ,
Pretrial Services / Probation Officer, modification of my release as follows:

The defendant shall participate in mental health counseling and treatment as deemed necessary by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_Tasha A. Smith_  8-16-2012    _Shawn ___ for_    8/2/12  10/10/12
Signature of Defendant   Date           Lisa Capps                 Date
                                        U.S. Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    10-10-12
Signature of Defense Counsel    Date

[X]  The above modification of conditions of release is ordered, to be effective on 10/10/12

[ ]  The above modification of conditions of release is not ordered.

_____    October 10, 2012
Signature of Judicial Officer    Date