UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00137 |
| | ) | JUDGE SHARP |
| WILLIAM ALLEN MARTIN, et al | ) | |
| | ) | |

**O R D E R**

Pending before the Court is United States' Motion to Continue Plea Hearings (Docket 94) to which is unopposed.

The motion is GRANTED and the sentencings set for May 10, 2013, are hereby reset for Monday, July 8, 2013, at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE